IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00931-BNB

GARY ANTHONY COLE, SR.,

Applicant,

v.

R. WILEY, Warden-C.E.O., et al.,

Respondent.

## ORDER DISMISSING CASE

Applicant Gary Anthony Cole, Sr., initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On May 18, 2006, Magistrate Judge Boyd N. Boland entered an order that construed the action as a Prisoner Complaint and instructed Mr. Cole to submit his claims on a Prisoner Complaint form.

On June 5, 2006, Applicant Gary Anthony Cole, Sr., filed a Letter with the Court requesting that the Court dismiss the instant action. The Court must construe the Letter liberally, because Mr. Cole is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly, the Court will construe the Letter as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the

adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondent in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of June 5, 2006. *See **Hyde Constr. Co.**,* 388 F.2d at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of June 5, 2006, the date Mr. Cole filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this ___ day of _____ June _____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00931-BNB

Gary Anthony Cole
Reg. No. 22707-077
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/9/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk